UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| GARY J. ZENTNER, as Trustee of the GARY J. ZENTNER and ROBIN C. ZENTNER TRUST, on behalf of himself and all others similarly situated, and Derivatively on behalf of FALCON PLUS STRATEGIES LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITIGROUP INC., CITIGROUP ALTERNATIVE INVESTMENTS LLC, CITIGROUP GLOBAL MARKETS INC., FALCON PLUS STRATEGIES LLC, FALCON PLUS LLC, FALCON STRATEGIES TWO LLC, and AMACAR GP, INC., DONALD LUCARDI, and REAZ ISLAM,<br><br>　　　　　　　　Defendants. | CASE NO. _____<br><br><br><br><br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendants Citigroup Inc., Citigroup Alternative Investments LLC ("CAI"), Citigroup Global Markets Inc. ("CGMI"), Falcon Plus Strategies LLC, Falcon Plus LLC, Falcon Strategies Two LLC and AMACAR GP, Inc. hereby state as follows:

　　　　1.　　Citigroup Inc. (NYSE: C) is a publicly traded corporation that has no parent corporation. No publicly held corporation owns 10% or more of its stock.

　　　　2.　　CAI's parent companies are Citigroup Investments Inc. and Citigroup Inc. CAI is an indirect, wholly-owned subsidiary of Citigroup Inc. No other publicly held corporation holds 10% or more of its stock.

3. CGMI is an indirect, wholly-owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly-owned subsidiary of Citigroup Inc. No other publicly held corporation holds 10% or more of its stock.

4. Falcon Plus Strategies LLC is a limited liability company organized under the laws of the state of Delaware. No publicly held corporation holds 10% or more of its stock.

5. Falcon Plus LLC is a limited liability company organized under the laws of the state of Delaware. No publicly held corporation holds 10% or more of its stock.

6. Falcon Strategies Two LLC is a limited liability company organized under the laws of the state of Delaware. No publicly held corporation holds 10% or more of its stock.

7. AMACAR GP, Inc. is wholly owned by AMACAR Investments LLC. AMACAR Investments is owned by AMACAR Group and Douglas K. Johnson. No publicly held corporation owns 10% or more of its stock.

Dated: July 2, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: /s/ Charles E. Dundas

Brad S. Karp
Michael E. Gertzman
Kristy Tillman
1285 Avenue of the Americas
New York, New York  10019-6064
Tel.   (212) 373-3000
Fax    (212) 757-3980
bkarp@paulweiss.com
mgertzman@paulweiss.com
ktillman@paulweiss.com

Charles E. Davidow
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel.   (202) 223-7300
Fax   (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendants Citigroup Inc., Citigroup Alternative Investments LLC, Citigroup Global Markets Inc., Falcon Plus Strategies LLC, Falcon Plus LLC, Falcon Plus Strategies Two LLC and AMACAR GP, Inc.*