

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY J. ZENTNER, as Trustee of the
GARY J. ZENTNER and ROBIN C.
ZENTNER TRUST, on behalf of himself
and all others similarly situated, and
Derivatively on behalf of FALCON PLUS
STRATEGIES LLC,

        Plaintiff,

v.

CITIGROUP INC., CITIGROUP
ALTERNATIVE INVESTMENTS LLC,
CITIGROUP GLOBAL MARKETS INC.,
FALCON PLUS STRATEGIES LLC,
FALCON PLUS LLC, FALCON
STRATEGIES TWO LLC, and AMACAR
GP, INC., DONALD LUCARDI, and
REAZ ISLAM,

        Defendants.

Case No. 08-CV-6121 (SHS)
ECF Case

**STIPULATION AND
~~[PROPOSED]~~ ORDER**

---

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

        (a)    Defendants' last day to move, answer or otherwise respond to the complaint in the above-captioned action shall be October 10, 2008;

        (b)    in the event any of the Defendants moves to dismiss the Complaint:

        1.    Plaintiff shall have 45 [~~60~~] days from the date such motion is served to serve opposition papers; and

        2.    Defendants shall have 30 days from the date opposition papers are served by Plaintiff to serve reply papers.



Dated: August 21, 2008
      New York, New York

                                     Respectfully submitted,

                                     PAUL, WEISS, RIFKIND, WHARTON
                                     & GARRISON LLP

                                     By: *Kristy Tillman* /JHH
                                   Brad S. Karp
                                   Michael E. Gertzman
                                   Kristy Tillman
                                   1285 Avenue of the Americas
                                   New York, New York 10019-6064
                                   Tel.   (212) 373-3000
                                   Fax   (212) 757-3980
                                   bkarp@paulweiss.com
                                   mgertzman@paulweiss.com
                                   ktillman@paulweiss.com

                                   Charles E. Davidow
                                   1615 L Street, N.W.
                                   Washington, D.C. 20036-5694
                                   Tel.   (202) 223-7300
                                   Fax   (202) 223-7420
                                   cdavidow@paulweiss.com

                                   *Attorneys for Defendants Citigroup Inc.,*
                                   *Citigroup Alternative Investments LLC,*
                                   *Citigroup Global Markets Inc., Falcon Plus*
                                   *Strategies LLC, Falcon Plus LLC, Falcon*
                                   *Plus Strategies Two LLC, AMACAR GP,*
                                   *Inc. and Donald Lucardi*

                                   ARKIN KAPLAN RICE LLP

                                   By: _____

                                   Sean R. O'Brien
                                   590 Madison Avenue, 35th Floor
                                   New York, New York 10022
                                   Tel.   (212) 333-0200

Fax   (212) 333-2350
sobrien@arkin-law.com

*Attorneys for Defendant Reaz Islam*

BRAGAR WEXLER EAGEL & SQUIRE, PC

By: _____

Lawrence P. Eagel
885 Third Avenue – Suite 3040
New York, New York 10022
Tel. (212) 308-5858
eagel@bragarwexler.com

*Attorneys for Plaintiff Gary J. Zentner*

8/22/08
SO ORDERED: _____
                              U.S.D.J.

3